No. 94–5260. D'SOUZA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5262. HYDE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 94–5263. GOWENS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 94–5264. EVANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5266. SAUNDERS v. CITY OF BEVERLY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5267. WILSON v. BOWLEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–5268. GUZMAN-SALGUERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5269. GREEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5270. HOLLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5272. BELL v. GARNER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5273. BELL v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5274. GALLANT v. MAGNUSSON, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 94–5275. HAMILTON v. SEAL, ACTING DIRECTOR, ACTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–5276. EPPS v. IOWA. C. A. 8th Cir. Certiorari denied.

No. 94–5280. PORTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.